UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 10-05605 DMG (CWx) | Date | March 28, 2011 |
|---|---|---|---|

| Title | *Sheila Dennis Richardson v. Social Security Admin Office* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT VACATE ITS DISMISSAL ORDER**

On June 30, 2010, Plaintiff filed a claim in the Los Angeles County Small Claims Court against the "Social Security Admin Office," alleging that Defendant discriminated against her and denied her entry to a public building. Defendant removed this case on July 28, 2010 pursuant to 28 U.S.C. § 1442(a)(1). On August 5, 2010, Defendant filed a motion to dismiss for lack of jurisdiction and failure to exhaust [Doc. #3]. Plaintiff failed to respond to the motion to dismiss, which the Court granted, with leave to amend, on September 16, 2010 [Doc. #5].

Plaintiff did not file an amended complaint within the deadline set by the Court. On October 20, 2010, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for failure to prosecute [Doc. #6]. Plaintiff did not respond to the OSC. Therefore, the Court dismissed this action without prejudice on February 8, 2011 [Doc. #7].

On March 25, 2011, the Court received a letter from Plaintiff, attached as an exhibit to this Order. Plaintiff requests, *inter alia*, "time to file an [sic] first amended complaint to the social security administration." Plaintiff is in violation of Local Rule 83-2.11, which prohibits *ex parte* communications—including letters—with a judge. Nonetheless, in the interests of justice and judicial economy, the Court construes Plaintiff's letter as a motion for reconsideration under Rule 60(b) and a request for extension of time to file a first amended complaint.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why the Court should not vacate its dismissal order and allow Plaintiff time to file a first amended complaint. Defendant shall file a response on or before **April 11, 2011**. Plaintiff shall have until **April 25, 2011** to file a reply.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|